JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIK COLIN OLIVER, | Case No. 5:19-cv-01499-RGK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition as Untimely, IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 22, 2019October 22, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE